# EXHIBIT A1





































































































































































































