

# U.S. District Court

## Alabama Middle - Montgomery

**THIS IS A COPY**

Receipt Date: Jul 17, 2025 1:31PM

Ricky Ashford
p.o. box 3062
Montgomery, AL 36109

Rcpt. No: 8391                Trans. Date: Jul 17, 2025 1:31PM                Cashier ID: #TaSd (6020)

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner|                      | 1   | 405.00 | 405.00 |

| CD | Tender |  | Amt |
|----|--------|---|-----|
| CA | Cash   |   | $405.00 |
|    |        | Total Due Prior to Payment: | $405.00 |
|    |        | Total Tendered: | $405.00 |
|    |        | Total Cash Received: | $405.00 |

**Comments:** NEW CASE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.