IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY ASHFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-536-RAH |
| | ) |
| CREDIT ONE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On November 17, 2025, the Magistrate Judge recommended that Defendant's *Motion to Compel Arbitration and Dismiss Litigation* (doc. 14) be granted, that Plaintiff's claims be compelled to arbitration, and that this case be stayed pending conclusion of the arbitration. (*See* Doc. 25.) No objections have been filed. Instead, Plaintiff has filed a pleading stating that he has initiated the arbitration. (*See* Doc. 28.)

Upon an independent review of the file, there being no objection, and upon Plaintiff's initiation of the arbitration proceeding, the Court concludes that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Recommendation (doc. 25) is **ADOPTED**;

2. The Defendant's *Motion to Compel Arbitration and Dismiss Litigation* (doc. 14) is **GRANTED** to the extent that it seeks an order compelling Plaintiff's claims to arbitration;

3. To the extent Defendant requests dismissal of the case, the request is **DENIED**;

4. This case is **STAYED** pending the resolution of arbitration proceeding; and,

5.  The parties **SHALL** file a joint status report with the Court on or by **April 1, 2026**, concerning the status of the arbitration proceeding, and shall file an updated status report every 90 days thereafter.

**DONE** on this the 8th day of December 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE